JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES—GENERAL**

Case No. 8:26-cv-01072-KES Date: October 29, 2026

Title: YOLANDA JIMINEZ CERVANTEZ v. TARGET CORPORATION

---

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| | |
|---|---|
| Jazmin Dorado | Not Present |
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: None Present | ATTORNEYS PRESENT FOR DEFENDANT: None Present |

---

**PROCEEDINGS (IN CHAMBERS): Order Remanding This Case to the Orange County Superior Court (Dkt. 17)**

On September 18, 2026, Plaintiff Yolanda Jiminez Cervantez filed a motion for leave of court to file a First Amended Complaint ("FAC") and remand the case to the state court. (Dkt. 17.) Defendant Target Corporation filed an opposition. (Dkt. 18.) The Court granted Plaintiff's motion on October 21, 2026. ("Order Granting Motion to Amend" at Dkt. 25.)

On October 28, 2026, Plaintiff timely filed a FAC adding Ashley McFadden Kuntzman, a Target employee, as a nondiverse defendant, thus destroying the Court's subject matter jurisdiction based on diversity. (Dkt. 26.)

For the reasons stated in the Court's Order Granting Motion to Amend, this case is hereby REMANDED to Orange County Superior Court, 30-2026-01560946-CU-WT-CJC.

Initials of Deputy Clerk jd